173 A.3d 602

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. HUM-
BERTO GONZALEZ, A/K/A SANTOS SOLARES, JOSE ROBE,
SANTOS HOMBERTO M., SANTOS JOSE R., DEFENDANT-PE-
TITIONER.

C–294 September Term 2017
079528

November 14, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002784–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.